UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------- X
BRUCE CAMERON DAVIDSON,                :
                                       :
                        Plaintiff,     :
            -v-                        :        24cv2168 (DLC)
                                       :
ALL AROUND MOVING SERVICES COMPANY,    :        ORDER
INC.,                                  :
                                       :
                        Defendant.     :
                                       :
-------------------------------------- X

DENISE COTE, District Judge:

    This action was filed on March 22, 2024 against defendant All Around Moving Services Company, Inc.  On May 29, the plaintiff filed an affidavit of service reflecting that the defendant had been served through the office of the Secretary of State of New York.  The defendant's deadline to answer or otherwise respond to the complaint was June 18.  Counsel for the defendant has not appeared, and the defendant has not responded to the complaint.  Accordingly, it is hereby

    ORDERED that the plaintiff shall file a letter no longer than two (2) pages by **June 24, 2024** explaining his basis to believe that service on the Secretary of State of New York is effective service on All Around Moving Services Company, Inc.

Dated:    New York, New York
          June 20, 2024

                                                                DENISE COTE
                                     United States District Judge